**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Melvin Leroy TAYLOR, Defendant–
Appellant.**

**No. 07–50935**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2007.

Joseph H. Gay, JR, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Michael Clark Gross, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Having been indicted for possession with intent to distribute 100 grams of more of a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substance containing a detectable amount of heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i), Melvin Leroy Taylor challenges his pretrial detention. The order is reviewed for abuse of discretion, upholding it "if it is supported by the proceedings below". *United States v. Hare,* 873 F.2d 796, 798 (5th Cir.1989) (internal quotation marks omitted).

The district court held Taylor failed to rebut 18 U.S.C. § 3142(e)'s presumption, the applicability of which Taylor does *not* contest, that "no condition or combination of conditions w[ould] reasonably assure ... the safety of ... the community" if he were released from detention pending trial. Because the district court's conclusion is supported by the record, there was no abuse of discretion. *See Hare,* 873 F.2d at 798–99.

***AFFIRMED.***